March 15, 2005

Dear Ms. Susan Jenness,

I filed the complaint last year, still have not received my case number.

My former boss tried to fabricate my employment file. She was caught to lie under oath at the DET hearing & Mass. Board of review. (also her own voice on my message machine....) That's why she lost. The DET granted my unemployment benefit.

I have been suffered in many years. I understand that you're very busy, I do not want to call to bother you. It's hard for me because I can not afford an attorney. I need the Court to assign someone to help me with my case.

Please check on my case.

Loc NGUYEN    S.S.# 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
(1st) (Last name)
192 Washington St. # 208
LYNN, MA. 01902

I hope to hear from you.
Thanks for your concern to this matter.

Sincerely,
Loc Nguyen

FILED IN CLERKS OFFICE
2005 MAR 15 PM 12:33
U.S. DISTRICT COURT
DISTRICT OF MASS.