MOTION FOR APPOINTMENT OF COUNSEL

Civil #: 04-12648 MLW

Loc NGUYEN
192 Washington St. # 208
Lynn, MA 01902

Vs. ANN CARROLL NURSING HOME, AND CAROL VALERIE

Dear Judge WOLF,

- I was hired about or on 12-15-97 as CNA (Nursing Assistant) at the Ann Carroll Nursing Home.  Certified

- On 3-7-2001 Carol Valerie, the owner fired me and did not give me a reason for terminating me.

- I requested my personnel file from Mrs. Valerie by certified letter. Mrs. Valerie did not produce my personnel file. I was applying for unemployment benefits and I did not have the file for the DET hearing. She denied to fire me so DET scheduled a hearing. Mrs. Valerie has had a history of lying. All hearsay. She lied to:
  1. Mass Division of Employment & Training.
  2. Mass Board of Review.
  3. Department of Public Health.

She committed perjury at DET hearing. She was caught to lie under oath with her own voice on my message machine. DET granted my unemployment benefits. After losing, she retaliated against me by making up lies, again. She had the audacity to report me to the D.P.H. 4 months after she fired me! (Department of Public Health)

over)

They all dismissed her complaints against me. I was a very good worker. It is very hard for me to deal with a deceitful person like Mrs. Valerie. There are so many legal issues involving with my case, which I do not understand well.

I can't afford an attorney, I need the court to appoint a counsel to help me. I really appreciate your concern to this matter.

Sincerely,
Loc Nguyen.

Civil Case #: 04-12648 MLW
(Pro-Se)



St. Jean's Credit Union
527 Western Avenue
Lynn, MA 01904
(781) 592-5420

**St. Jean's CREDIT UNION**

STATEMENT OF ACCOUNT

101643 36520588367254 0080S687 07301 037  Dept 0000000000
LOC D NGUYEN
192 WASHINGTON ST
LYNN          MA    01902

Call our convenient member service number
1-781-592-5420 for all your service needs.
When you call be sure to have your
Account Number available:

124033                        Page 1 of 1

Statement Date: 07/31/2005

NCUA

www.stjeanscu.com

Guard your card on the web! Visit www.mastercard.com/securecode to learn how.

## ACCOUNT SUMMARY - Balances as of 07/31/2005

**Please Note:**

Deposit Accounts
S1 Primary                              14.94
Total Deposit Accounts                  14.94

## SHARE    S1   Primary

**Please Note:**

| Posted | Effective | Description | Amount | Balance |
|--------|-----------|-------------|--------|---------|
| 06/30  | 06/30     | PREVIOUS BALANCE |   | 14.94 |
| 07/31  | 07/31     | NEW BALANCE |        | 14.94 |

Statement Period   07/01/2005 - 07/31/2005
Dividend Year to Date                  $0.05

Attachments
04-12648-
MLW



**St. Jean's Credit Union**
527 Western Avenue
Lynn, MA 01904
(781) 592-5420



## St. Jean's CREDIT UNION

STATEMENT OF ACCOUNT

Call our convenient member service number
1-781-592-5420 for all your service needs.
When you call be sure to have your
Account Number available:

301633 3076797 006635 00005159 0701 0 037   Dept #000000000
LOC D NGUYEN
192 WASHINGTON ST
LYNN            MA    01902

124033                          Page 1 of 1

Statement Date: 06/30/2005



www.stjeanscu.com

Guard your card on the web! Visit www.mastercard.com/securecode to learn how.

## ACCOUNT SUMMARY - Balances as of 06/30/2005

**Please Note:**

Deposit Accounts
S1 Primary                         14.94
Total Deposit Accounts             14.94

## SHARE    S1    Primary

**Please Note:**

| Posted | Effective | Description | Amount | Balance |
|---|---|---|---|---|
| 05/31 | 05/31 | PREVIOUS BALANCE | | 14.94 |
| 06/30 | 06/30 | NEW BALANCE | | 14.94 |

Statement Period   06/01/2005 - 06/30/2005

Dividend Year to Date                $0.05

## NOTICE TO VACATE FOR NON-PAYMENT OF RENT

_4-24-202_
(date served)

RE: LANDLORD _Gudgeon Realty Trust_

TENANT _La Nguyen_

ADDRESS _192 Washington St. apt. 208_

Dear: _La_ _____ and/or Occupants

You are requested to leave the premises you now rent as a tenant at the above named property. You have 14 days from receipt of this notice to leave or we will go to court and seek permission to evict you. This is not a judicial document. By law, a court is the final authority in every eviction, and if you believe you are entitled to remain as a tenant, you or your lawyer may present your case in court.

The reason the landlord wishes to end your tenancy is because you have not paid rent for the month(s) of _April_____. The rent for each month is $_320.00_ and you owe a total of $ _340.00_.

If you have not received a notice to quit for non-payment of rent within the last twelve months, you have a right to prevent your termination of your tenancy by paying or tendering to your landlord, your landlord's attorney or the person to whom you customarily pay rent the full amount of rent due within ten days after your receipt of this notice.

Furthermore, please be informed that service of this notice costs $20.00, which you are responsible for paying, as stipulated in your lease. Additionally, you will be responsible for any and all costs incurred, if we are required to seek a court order for your eviction.

Sincerely,

_[signature]_
Gordon R. Hall, Managing Agent
for _Gudgeon Realty Trust_
P.O. Box 813
Lynn, MA. 01903

A TRUE COPY
ATTEST _[signature]_

CONSTABLE'S OFFICE
P.O. BOX 98
NAHANT, MA. 01908
PAGE 781-230-0060

**ANY AND ALL PAYMENTS RECEIVED AFTER SERVICE OF THIS NOTICE ARE ACCEPTED FOR USE AND OCCUPANCY ONLY AND NOT AS RENT WITHOUT ESTABLISHING A NEW TENANCY AND WITHOUT WAIVING RIGHTS IN SUMMARY PROCESS.**

## NOTICE TO VACATE FOR NON-PAYMENT OF RENT

DATE SERVED: _August 3, 205_

RE: LANDLORD _Gudgeon Realty Trust_

TENANT _Loc Nguyen_

ADDRESS _192 Washington St. apt. 208_

Dear: _Loc_ _____ and/or other Occupants

You are requested to leave the premises you now rent as a tenant at the above named property. You have Fourteen (14) Days from the receipt of this notice to leave or we will go to court and seek permission to evict you. This is not a judicial document. By law, a court is the final authority in every eviction, and if you believe you are entitled to remain as a tenant, you or your lawyer may present your case in court.

The reason the landlord wishes to end your tenancy is because you have not paid rent for the month(s) of _July + August 205_. The rent for each month is $ _40.0_ and you owe a total of $ _620.0_.

If you have not received a NOTICE TO QUIT for non-payment of rent within the last twelve months, you have a right to prevent termination of your tenancy by paying or tendering to your landlord, your landlord's attorney or the person to whom you customarily pay rent, the full amount of rent due within Ten (10) days after your receipt of this notice.

Furthermore, please be informed that service of this notice costs $20.00, which you are responsible for paying, as stipulated in your lease. Additionally, you will be responsible for any and all costs incurred, if we are required to seek a court order for your eviction.

Sincerely,

Gordon R. Hall, Managing Agent for:

_Gudgeon Realty Trust_
P.O. Box 615, Lynn, MA 01903, 781 593-1506

**ANY AND ALL PAYMENTS RECEIVED AFTER SERVICE OF THIS NOTICE ARE ACCEPTED FOR USE AND OCCUPANCY ONLY AND NOT AS RENT, WITHOUT ESTABLISHING A NEW TENANCY AND WITHOUT WAIVING RIGHTS IN SUMMARY PROCESS.**

ATTEST: A TRUE COPY

_Paul Munsky_
CONSTABLE
S. DISIN__ ___ED PART