**PROCESS RECEIPT AND RETURN**

See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

U.S. Department of Justice
United States Marshals Service

| | |
|---|---|
| PLAINTIFF GUYEN | COURT CASE NUMBER C.A. 04-126? MLW |
| LOC ERIE and ANN CARROLL NURSING HOME | TYPE OF PROCESS |

DEFENDANT  NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZ OR CONDEMN

CA  CAROL VALERIE and SACHEM INC. DBA ANN CARROLL NURSING HOME

AT  ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
66 JOHNSON st. LYNN, MA. 01902

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| LOC NGUYEN<br>192 WASHINGTON st. #208<br>LYNN, MA 01902 | Number of process to be served with this Form - 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All
Telephone Numbers, and Estimated Times Available For Service):

BETWEEN 9 — 4 pm. Mon → Friday
781. 592.5849

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>781-545-3352 | DATE<br>9/1/05 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process / | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk Nancy Talavera | Date 9/6/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described
on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above)<br>CATHY — NURSING HOME STAFF | ☑ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above)<br>SAME | Date of Service  9/30/05   Time  2 — ☑ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 8.76 | | 53.76 | | | |

REMARKS: SERVED EMPLOYEE OF CAROL VALERIE — NURSING HOME
STAFF — CATHY

PRIOR EDITIONS
MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS _____

LOC NGUYEN,
                **Plaintiff**

    V.

CAROL VALERIE and
ANN CARROLL NURSING HOME

**SUMMONS IN A CIVIL CASE**

CASE         **C.A. 04-12648-MLW**

TO: (Name and address of Defendant)

## CAROL VALERIE

      **YOU ARE HEREBY SUMMONED** and required to serve upon **PLAINTIFF'S ATTORNEY** (name an  address)

## LOC NGUYEN, PRO SE

\* or answer as otherwise required by the Federal Rules of Civil Procedure.

an answer to the complaint which is herewith served upon you, _____ **20\*** _____ days after servi  of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be take  against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Cou  within a reasonable period of time after service.

SARAH ALLISON THORNTON
**CLERK**

8/26/05
**DATE**

_Rebecca Greenberg_
(By) DEPUTY CLERK