U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Loc Nguyen | COURT CASE NUMBER: C.A.04-12648MLW |
| DEFENDANT: Ann Carroll Nursing Home | TYPE OF PROCESS: |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Ann Carroll Nursing Home

AT ADDRESS: 66 Johnson St., Lynn, MA 01902

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Loc Nguyen
192 Washington St. #208
Lynn, MA 01902

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

Between 9am - 4pm Mon-Friday

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 781-595-3352
DATE: 9/1/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. 38 | No. 38 | Nancy Delauri | 9/1/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served: Nurse - Cathy - Nursing Home Staff
☑ A person of suitable age and discretion then residing in defendant's usual place of abode.

Address (complete only if different than shown above): Same

Date of Service: 9/30/05   Time: 2  pm
Signature of U.S. Marshal or Deputy: Jeff ___

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.00 | | | 45.00 | | |

REMARKS: Served employee of Carol Valerie - Nursing Home Staff - Cathy.

PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 Rev. 12/15/80

440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

LOC NGUYEN,
              Plaintiff          **SUMMONS IN A CIVIL CASE**
V.

CAROL VALERIE and
ANN CARROLL NURSING HOME     CASE     C.A. 04-12648-MLW

TO: (Name and address of Defendant)

**ANN CARROLL NURSING HOME**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**LOC NGUYEN, PRO SE**

\* or answer as otherwise required by the Federal Rules of Civil Procedure.

an answer to the complaint which is herewith served upon you, _____20*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH ALLISON THORNTON         8/26/05
CLERK                                       DATE

*Rebecca Greenley*
(By) DEPUTY CLERK