U.S. District Court
One Courthouse Way
Suite 2300
Boston,MA 02210

Ann-Carroll Nursing Home
66 Johnson Street
Lynn; MA 01902

October 4, 2005

Case #04-12648

To:  Kathy Boyce, Docket Clerk

On Friday afternoon, September 30, 2005, our charge nurse was handed two
papers (not in an envelope) which I have enclosed for you.

It seems that we have yet to receive a copy of complaint.

We are enclosing exactly what the nurse was handed, plus, statement of the
nurse receiving it.  She was told by the man delivering the papers that he was a
Marshall from Boston and that it did not need to be signed for by the nurse.

Carol Valeri
Administrator

LOC NGUYEN    V.    ANN CARROLL NURSING
192 WASHINGTON #208         HOME, AND CAROL VALERIE
LYNN, MA. 01902

1. I was hired about or on 12-15-97 as a
   Certified nurses assistant (CNA) at the
   Ann-Carroll Nursing Home ("Ann-Carroll")

2. On 3-7-2001 Carol Valerie, the owner, called
   me at home and left a message saying
   that I was fired.

3. Ms. Valerie did not give me a reason for
   terminating me, and I had no idea why.

4. I request my personnel file from Ms. Valerie
   by certified letter on 3-21-2001 because I
   was applying for unemployment benefits.

5. Ms Valerie did not produce my personnel file
   and I did not have the file for the hearing.

6. Ann-Carroll contested my unemployment benefits,
   but I had a hearing and received my benefits

7. On 6-1-01, Carol Valerie contested my benefits
   with the board of Review, She lost again.

8. On 7-2-01, 4 month after she fired me, she
   retaliated against me by making up lied,
   defamation characters, she reported me to the
   Dept. of public Health. Again, she lost.

9. On 8.31.01, I filed a complaint with MCAD
   (Mass. Commission against Discrimination)

10. On 5.11.04 MCAD dismissed my complaint.
    They told me to go to U.S. District Court.

(over

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS _____

LOC NGUYEN,
        **Plaintiff**

**SUMMONS IN A CIVIL CASE**

    V.

**CAROL VALERIE and
ANN CARROLL NURSING HOME**

    **CASE**        **C.A. 04-12648-MLW**

TO: (Name and address of Defendant)

**ANN CARROLL NURSING HOME**

.

**YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY** (name and address)
**LOC NGUYEN, PRO SE**

\* or answer as otherwise required by the Federal Rules of Civil Procedure.

an answer to the complaint which is herewith served upon you, _____ **20\*** _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH ALLISON THORNTON
CLERK

8/26/05
DATE

(By) DEPUTY CLERK

RESIDENT NAME:_____    ROOM#:____

10/4/05

## NURSES NOTES

| DATE | All notes must be dated and signed with name and title |
|------|--------------------------------------------------------|
|      | On Friday, Sept 30th, around 1pm–2pm – A gentleman came to nurses desk & stated he was from Marshall's Office in Boston, & stated he had a Summons for Carol Valeria, I asked if I had to sign anything, he said "No" & handed me 2 forms, not in envelopes, thanked me, & left. I put the forms in Carol's mailbox. |
|      |  Kathleen O'Connell |