Civil #: 04-12648 MLW

Motion for default for failure of defendants to answer my complaints.

Loc NGUYEN          v.    Ann Carroll Nursing Home,
  Plaintiff)                and Carol Valerie.

Dear Judge Wolf,

The Marshals already served the complaints to the defendants on September 30, 05. Today, November 9th, 05, they have not answered my complaints.

Mrs. Valerie has had a history of lying, perjury.

I ask the court to rule in my favor against the defendants.

Thank you for your attention to this matter.

Sincerely,
Loc Nguyen.
Pro Se.

copies to: Sachem inc. dba
 §Ann Carroll Nursing Home
 {and Carol Valerie.