UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOC NGUYEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROL VALERI and ANN CAROL )<br>NURSING HOME, )<br>)<br>)<br>Defendants ) | Civil Action No. 04-cv-12648 - MLW |

**DEFENDANTS'
CERTIFICATION OF CONFERENCE**

The undersigned certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

DEFENDANTS, CAROL VALERI AND ANN CAROL NURSING HOME,

By their attorneys,

/s/ Damon M. Seligson
Damon M. Seligson, Esq., BBO #632763
Holland & Knight LLP.
10 St. James Avenue
Boston, MA 02116
(617) 523-2700 (telephone)
(617) 523-6850 (fax)

Carol Valeri
York, Maine