August 17, 2006

{motion to reschedule the default hearing
& continue my case at the Federal court.

civil # 04-12648 MLW

Dear Judge Wolf,

As Pro-se, I always follow the requests from the court.

- On 9.16.04, I received the "dismissal and notice of rights" from U.S. Equal employment opportunity com. So the next step, I must have filed a law suit.
- On 10-4-04, I spoke with Ms. Susan Jenness about my case at the Pro-se department. She told me "I can file my case at the Federal court".
- On 8.24.05, Judge Wolf "granted" me the Marshals service to the defendants.
- On 9.30.05, The Marshals served the summons and the complaints to the defendants.
- Ms Valerie, the defendant has had the audacities to fabricate my employment-file, lied to the DET, Mass Board of Review, Mass Public Health. That's why she lost. I do not know where she is now w/o. The letters are sent back to me. (Please see notices from Post office). I checked with the Secretary of the state, there is the same address that she registers with the state. The building now is closed.
- I was wrongfully terminated on 3.7.01, over 5 years ago. I have waited so long for the hearing before this court.

(over)

- I can not afford the financial to find her. There is no reason for me to file another law-suit with different court. She has never sent me any copies that she was supposed too. She just disappeared, she totally ignored me and the court. (I sent copies of complaints & motion to her.)

- The default hearing was scheduled on 8.18.06 Just 2 days before this hearing. I received the "cancelled" on 8.16.06 wednesday.

- As Pro-Se, I hope the court can reschedule the default hearing, deferred hearing... and let me continue my case at the Federal court. Hopefully I can complete the case this year. 2006

- Legally, Financially, Mentally, Morally... I deserve at least a hearing with this court.

Thank you for your attention to this matter.

Sincerely,
Loc Nguyen
Pro-Se

C.A. No. 04-12648MLW

| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Loc Nguyen | CA 04-12648-MLW |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| A. Valerie _____ Nursing Home | |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
A. Valerie and Eachem Inc. DBA _____ Nursing Home

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
66 Johnson St., Lynn MA 01902

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Loc Nguyen
111 _____ #208
Lynn, MA 01902

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

_____ 9-4pm _____
781-592-5649

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 781-___-___
DATE: 7/11/__

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date 9/1/__ |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
CATHY — NURSING HOME STAFF

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
SAME

Date of Service: 7/__/__   Time: 2 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 15.00 | 3.96 | | 53.96 | | |

REMARKS: SERVED EMPLOYEE OF CAROL VALERIE — NURSING HOME STAFF — CATHY

NOTE

PRIOR EDITIONS MAY BE USED    3. NOTICE OF SERVICE    FORM USM-285 (Rev. 12/15/80)

| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| L_ _ Nguyen | C.A. 04-12648-MLW |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| | |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Carol Nursing Home

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

7 Johnson St, Lynn, MA 01902

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

L_ Nguyen
12 Atlantic Ave #206
Lynn, MA 01902

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Between 1 — 4 pm Mon - Friday

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER 781-595-3352   DATE 1/1/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 35 | 35 | Nancy _____ | 9/1/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
NURSE - CATHY - NURSING HOME STAFF

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
SAME

Date of Service: 9/30/05   Time: 2 pm

Signature of U.S. Marshal or Deputy: Jeff ____

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | | 45.00 | | | |

REMARKS: SERVED EMPLOYEE OF CAROL VALENTE - NURSING HOME STAFF - CATHY.

NOTE

PRIOR EDITIONS MAY BE USED   **3. NOTICE OF SERVICE**   FORM USM-285 (Rev. 12/15/80)

L  D. Nugeyen
192 Washington Street Apt20
Lynn, MA 01902

(1st)

CA# 04 12648 MLW

7005 2570 0002 3412 0309

9261   01902

Carol Valeri
66 Johnson Street
Lynn, Ma 01902

NIXIE      018      1           39 07/29/06
         RETURN  TO  SENDER
     NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD

01902+4141 C001          BC: 01902474858   *1221-06821-27-44

0190274748

---

oc D. Nugeyen
92 Washington Street Apt208
Lynn, MA 01902

(2nd)

7005 2570 0002 3412 0316

9261   01904

U.S. POSTAGE
PAID
EVERETT, MA
02149
JUL 27, 06
AMOUNT
$4.64

JAA

Carol Valeri
36 Daytona Rd
Lynn, MA 01904

return to sender

NIXIE      018      1           39 08/02/06
         RETURN  TO  SENDER
     ATTEMPTED - NOT KNOWN
            UNABLE TO FORWARD

01904+1326 C052          BC: 01902474858   *1221-06822-27-44

0190274748

CA#12648MLW

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Carol Valeri
   66 Johnson Street
   Lynn, MA 01902

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 2570 0002 3412 0309

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Carol Valeri
   36 Daytona RD
   Lynn, MA 01904

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 2570 0002 3412 0316

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Loc D. Nugeyen
192 Washigton Street Apt208
Lynn  Ma 01902

BOSTON MA 021

27 JUL 2006    PM   16 T



CA # 04-12648 MLW

Carol Valeri
66 Johnson Street
Lynn, Ma 01902

(3rd)  NIXIE      018      1           39 07/29/06
          RETURN TO SENDER
      NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD

01902+4141                BC: 01902474858    *1521-06817-27-40
        01902%4748

---

Loc D. Nugeyen
192 Washigton Street Apt208
Lynn, Ma 01902

BOSTON MA 021

27 JUL 2006    PM   15 T



CA# 04 12648 MLW

Hey
Ann Carcon Nursing Home

Sachem Associates, Incorporated
66 Johnson Street
Lynn, Ma 01902

(4th)  NIXIE      018      1           39 08/02/06
          RETURN TO SENDER
      NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD

01902+4141                BC: 01902474858    *1521-01843-27-40
        01902%4748

CA# 04-12648 MLW



```
***** WELCOME TO *****
       EVERETT STATION
      EVERETT POST OFFICE
        11 Norwood St.
        Everett, Ma. 02149
        07/27/06 05:14PM

Store   USPS          Trans     88
Wkstn   sys5004       Cashier   YSMVHO
Cashier's Name        ARMAND
Stock Unit Id         SIAARMAND
PO Phone Number       617-387-3913
USPS #                2407980149

1. First Class                    4.64
   Destination:       01902
   Weight:            0.70 oz.
   Postage Type:      PVI
   Total Cost:        4.64
   Base Rate:         0.39
            SERVICES
   Certified Mail                 2.40
       70052570000234120293
   Rtn Recpt (Green Card)         1.85
2. First Class                    4.64
   Destination:       01902
   Weight:            0.70 oz.
   Postage Type:      PVI
   Total Cost:        4.64
   Base Rate:         0.39
            SERVICES
   Certified Mail                 2.40
       70052570000234120309
   Rtn Recpt (Green Card)         1.85
3. First Class                    4.64
   Destination:       01904
   Weight:            0.70 oz.
   Postage Type:      PVI
   Total Cost:        4.64
   Base Rate:         0.39
            SERVICES
   Certified Mail                 2.40
       70052570000234120316
   Rtn Recpt (Green Card)         1.85

Subtotal                         13.92
Total                            13.92

Cash                             15.00
Change Due
  Cash                            1.08

Number of Items Sold: 3

         Thank You
     Please come again!
```

CA#12648 MLW



