UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOC NGUYEN,                          )
          Plaintiff,                 )
                                     )
                                     )
          v.                         )      C.A. No. 04-12648-MLW
                                     )
CAROL VALERIE,                       )
ANN CARROLL NURSING HOME             )
          Defendants.                )
                                     )
                                     )

<u>ORDER</u>

WOLF, D.J.                                          November 16, 2006

          On December 10, 2004, <u>pro se</u> plaintiff Loc Nguyen filed a

complaint in this court alleging defendants wrongfully terminated

her.  On August 14, 2006, this court found that it lacked subject

matter jurisdiction to hear plaintiff's case and issued a

Memorandum and Order directing the plaintiff to show cause by

September 11, 2006 why this action should not be dismissed for

lack of subject matter jurisdiction.

     The filing that plaintiff made on August 17, 2006 explains

the process by which her complaint was filed and the fact that

plaintiff is indigent.  It includes no facts that indicate that

this court has subject matter jurisdiction over her claims.

     Accordingly, for the reasons set forth in the Memorandum and

Order dated August 14, 2006 (Docket No. 12), it is hereby ORDERED

that the this case is DISMISSED without prejudice to the claims

1

it includes being pursued in the courts of the Commonwealth of
Massachusetts.

```
                              /s/      MARK L. WOLF
                              UNITED STATES DISTRICT JUDGE
```