UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**LOC NGUYEN**
          **Plaintiff**

               **CIVIL ACTION**
    V.                **NO. 04-12648-MLW**

**CAROL VALERIE et al**
          **Defendant**

## JUDGMENT

**WOLF, D. J.**

In accordance with the Court's ORDER dated **November 16, 2006**, in the above-referenced action, dismissing this action, it is hereby ORDERED:

Judgment of dismissal for the **defendants** without prejudice as to claims that could be pursued in state court.

                                        By the Court,

**November 17, 2006**                           /s/ Dennis O'Leary
      Date                                         **Deputy Clerk**

(judge-dis.wpd - 12/98)                                                                       [jgm.]