

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210

January 3, 2007

Ms. Loc Nguyen
192 Washington Street #208
Lynn, MA 01902

RE: Nguyen v. Valerie, et al., C.A. No. 04-12648-MLW

Dear Ms. Nguyen

As per our telephone conversation, I am enclosing a copy of the docket sheet for the above referenced case.

During our telephone conversation, you explained to me that you felt the dismissal of your case was unfair and asked for legal assistance and advice.

As I explained, employees of the Court are prohibited from providing legal advice on how to proceed with lawsuits.

Although the Clerk's Office can send you procedural information on filing a lawsuit, we cannot answer questions that require an interpretation of the law.

You may wish to consult the attached list of legal resources or contact the following organizations for advice and assistance:

    Legal Advocacy and Resource Center
    197 Friend Street
    Boston, MA 02114
    Legal Hotline: (617) 603-1700
    Statewide Hotline (800) 342-5297

I hope that this letter addresses your concerns.

                                    Sincerely,

                                    s/Barbara Morse
                                    Barbara Morse