Loc Nguyen
192 Washington Street
Apt. 208
Lynn, MA 01902

March 21, 2007

United States District court of Massachusetts
Judge Wolf
Office of the Clerk
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:    **Motion to Continue in State Court**
       Nguyen v. Carol Valerie
       Docket No. 04-12648-MLW

Dear Judge Wolf :

As pro se plaintiff I always did what the Court requested me to do. You accepted my case since I filed in 2004. The defendant totally ignored me and the court. I was scheduled for default judgment on August 18, 2006 at 2:00 p.m before Judge Wolf . I was ready to appear in your court room, but two days before the scheduled hearing I received a letter, "Dismissal for Defendant without prejudice as to claims that could be pursued in the state court".

I can not afford , financially, mentally, emotionally and timely to file another law suit. Please ask the state court to let me continue my case which means they can reschedule me for the default hearing, or logically I should continue my case with Judge Wolf . You have already processed my case in two years. I am in my very last step to finish my case before you. I did not understand why so suddenly you dismissed my case without prejudice.

Thank you for your concern to this matter.

Sincerely,

Loc Nguyen